THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE A. WEBB, Appellant. [937 NYS2d 911]

Present—Smith, J.P., Fahey, Carni and Sconiers, JJ.